

# Memorandum

To: The Honorable Denise J. Casper U.S. District Judge

From: Chrissy Murphy, Supervisory U.S. Probation Officer

Date: June 22, 2021

Re: Rodriguez, Dorca   Docket # 12CR10367-02-DJC
**Request for International Travel**

---

On September 9, 2014, Ms. Rodriguez appeared before Your Honor having previously pled guilty to Conspiracy to Possess with Intent to Distribute and to Distribute Cocaine, in violation of 21 USC § 846. On this date, she was sentenced to 5 years of incarceration followed by 3 years of supervised release. Ms. Rodriguez commenced her term of probation on April 12, 2019.

The purpose of this Memorandum is to advise the Court that Ms. Rodriguez has requested permission to travel to Domincan Republic from July 6, 2021 to July 20, 2021. The purpose of Ms. Rodriguez travel is for leisure to visit with her family. Subsequent to receiving the defendant's request the Probation Office contacted the Dominican Republic Consulate on her behalf to seek permission for her visit in accordance with our district's travel policy. Ms. Rodriguez's request was approved by the Dominican Republic Consulate.

Ms. Rodriguez has remained in compliance during her term of supervision and is presently on a low-intensity caseload. Our office is in support of the above-requested travel and asks that Your Honor consider granting permission for her travel. If Your Honor approves of Ms. Rodriguez requested travel, please kindly indicate by signing below:

The Court Orders:

    I concur_____X_____

    I do NOT concur_____

_____
Honorable Denise J. Casper

Date: __June 24, 2021_____

1